## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **OMAHA CONSTRUCTION INDUSTRY PENSION FUND, et al.,** | ) ) ) | |
| **Plaintiffs,** | ) ) ) | **8:08CV483** |
| vs. | ) ) | **ORDER** |
| **RUPERT CONSTRUCTION COMPANY, INC.,** | ) ) ) | |
| **Defendant.** | ) | |

This matter is before the court *sua sponte.* On December 29, 2008, the court informed the parties by letter of their obligation to meet and confer pursuant to Fed. R. Civ. P. 26(f) and to file a written report of their meeting. **See** Filing No. 19. No such report has been filed.

Accordingly,

**IT IS ORDERED:**

The parties shall report to the court in accordance with Fed. R. Civ. P. 26(f) **on or before March 2, 2009 or** show cause why sanctions should not be imposed upon them in accordance with Fed. R. Civ. P. 16(f).

DATED this 18th day of February, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge